\*\*E-filed 9/13/06\*\*

SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> C C R BUILDERS, INC., a California Corporation, <br><br> Defendants. | CASE NO.: C06-02825 JF <br><br> CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER <br><br> Date: September 15, 2006 <br> Time: 10:30 a.m. <br> Place: Courtroom 3, 5th Floor <br> Hon. Jeremy Fogel |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served. Plaintiffs are filing a Request for Entry of Default against Defendant CCR Builders, Inc.

**DESCRIPTION OF THE CASE**

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

1  Plaintiffs would like to continue the case for sixty (60) days to proceed with a Request
2  for Default Judgment on defendant. Therefore, Plaintiffs request that the case be continued
3  until December 1, 2006, for another Case Management Conference.

Respectfully submitted,

Dated: August 31, 2006

SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to December 1, 2006, at 10:30 a.m., in Courtroom 3, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: _____9/13/06_____

JUDGE OF THE U.S. DISTRICT COURT
Jeremy Fogel

2

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER