**E-filed 12/4/06**

1  SUE CAMPBELL
   Attorney at Law, State Bar Number 98728
2  1155 North First Street, Suite 101
   San Jose, California 95112
3  Phone:  (408) 277-0648
   Fax:    (408) 938-1035
4
   Attorney for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  JACK BUCKHORN AND ANISA M.              )   CASE NO.:  C06-02825 JF
    THOMSEN AS TRUSTEES OF THE              )
11  REDWOOD EMPIRE ELECTRICAL               )   CASE MANAGEMENT
    WORKERS HEALTH AND WELFARE              )   CONFERENCE STATEMENT
12  TRUST FUND, REDWOOD EMPIRE              )   AND ~~PROPOSED~~ ORDER
    ELECTRICAL WORKERS PENSION              )
13  TRUST, JOINT ELECTRICAL INDUSTRY        )   Date:        December 1, 2006
    TRAINING PROGRAM, NATIONAL              )   Time:        10:30 a.m.
14  EMPLOYEES BENEFIT FUND,                 )   Place:       Courtroom 3, 5th Floor
    AND REDWOOD EMPIRE ELECTRICAL           )                Hon. Jeremy Fogel
15  WORKERS WORK RECOVERY FUND,             )
                                            )
16                                          )
                   Plaintiffs,              )
17                                          )
    vs.                                     )
18                                          )
    C C R BUILDERS, INC., a                 )
19  California Corporation,                 )
                                            )
20                 Defendants.              )
                                            )
21

22        Plaintiff in the above-entitled action submits this Case Management Statement and

23  proposed order, and requests that the court adopt it as the Case Management Order in this case.

24  Defendants have been served were served with the original complaint, and a Request for Entry

25  of Default against Defendant CCR Builders, Inc. was e-filed on September 5, 2006.

26        On November 3, 2006, Plaintiffs filed a First Amended Complaint after discovering

27  additional monies owed after an audit was performed on the Defendant.  The First Amended

28  is out for service.

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

1

## DESCRIPTION OF THE CASE

2   This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

3   Funds.

4   Plaintiffs would like to continue the case for sixty (60) days to allow adequate time

5   for a response from Defendants, and if a response is not filed, Plaintiffs will continue with

6   a Request for Entry of Default and Default Judgment. Therefore, Plaintiffs request that the case

7   be continued until February 9, 2007, for another Case Management Conference.

8

9   Respectfully submitted,

10

11  Dated: November 20, 2006

SUE CAMPBELL

12  Attorney for Plaintiff

13

14  ## ORDER

15  The Case Management Conference is hereby continued to February 9, 2007, at

16  10:30 a.m., in Courtroom 3, 5th Floor. Plaintiff will file an update and proposed action ten (10)

17  days prior to the Case Management Conference.

18

19  Dated: _____12/1/06_____

20  JUDGE OF THE U.S. DISTRICT COURT

Jeremy Fogel

21

22

23

24

25

26

27

28

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER