**E-filed 2/8/07**

SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:    (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK BUCKHORN AND ANISA M. THOMSEN AS TRUSTEES OF THE REDWOOD EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, REDWOOD EMPIRE ELECTRICAL WORKERS PENSION TRUST, JOINT ELECTRICAL INDUSTRY TRAINING PROGRAM, NATIONAL EMPLOYEES BENEFIT FUND, AND REDWOOD EMPIRE ELECTRICAL WORKERS WORK RECOVERY FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>C C R BUILDERS, INC., a California Corporation,<br><br>Defendants. | CASE NO.:  C06-02825 JF<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER<br><br>Date:   February 9, 2007<br>Time:   10:30 a.m.<br>Place:  Courtroom 3, 5th Floor<br>        Hon. Jeremy Fogel |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants have been served were served with the original complaint, and a Request for Entry of Default against Defendant CCR Builders, Inc. was e-filed on September 5, 2006.

On November 3, 2006, Plaintiffs filed a First Amended Complaint after discovering additional monies owed after an audit was performed on the Defendant. The attorney for Defendant CCR Builders, Inc. has accepted service of the First Amended Complaint.

1

CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs would like to continue the case for sixty (60) days to allow adequate time for a response from Defendants, and to continue settlement discussions with Defendant. Therefore, Plaintiffs request that the case be continued until April 9, 2007, for another Case Management Conference.

Respectfully submitted,

Dated: February 5, 2007

_____
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to April 13, 2007, at 10:30 a.m., in Courtroom 3, 5th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: 2/8/07

_____
JUDGE OF THE U.S. DISTRICT COURT
Jeremy Fogel